[No. 24554-0-II.   Division Two.   January 5, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES R. LOWE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-03635-8, Frederick W. Fleming, J., entered March 15, 1999. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Houghton, J.

[No. 25350-0-II.   Division Two.   January 5, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CHANTRELLE ANN REDFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-8-01240-0, Bryan E. Chushcoff and Frederick B. Hayes, J., entered November 1, 1999. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 24602-3-II.   Division Two.   January 5, 2001.]

VIRGIL W. McDONALD, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-2-00675-0, Don L. McCulloch, J., entered March 17, 1999. *Affirmed* by unpublished opinion per Wang, J. Pro Tem., concurred in by Armstrong, C.J., and Hunt, J. Now published at 104 Wn. App. 617.

[No. 24699-6-II.   Division Two.   January 5, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLEN EUGENE GREGORY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-03082-0, John A. McCarthy, J., entered May 3, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Houghton, J.